

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2013

No. 04-12-00820-CV and 04-12-00871-CV

**WATERS AT NORTHERN HILLS, LLC** and Lynn Communities, Inc.,
Appellants

v.

**BEXAR COUNTY, TEXAS**, The City of San Antonio, Texas
and Northeast Independent School District,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-07543 and 2012-CI-18564
Honorable Fred Shannon, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

On July 30, 2013 the parties filed a Joint Motion for Leave to File Joint Stipulations in which they ask this court grant leave to file Joint Stipulations, dismiss as moot all issues related to the 2006 and 2007 tax debt and assessment, and retain jurisdiction to determine all issues currently on appeal that relate to or arise out of the claimed tax debt and assessment for tax year 2009.

The request for leave to file joint stipulations is GRANTED. All other requested relief is HELD IN ABEYANCE pending issuance of this court's opinion on the merits.

The parties may limit their oral arguments as they deem necessary.

It is so **ORDERED** on August 1, 2013.

PER CURIAM

ATTESTED TO: _____
                     Keith E. Hottle
                     Clerk of Court